# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CLAUDIA VECCHIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 05-3194-CV-S-FJG |
| THOMAS W. SCHAEFER, | ) ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Award of Costs for Personal Service (Doc. No. 10). After reviewing the pending motion and defendant's response thereto (Doc. No. 11), the Court finds that plaintiff's motion should be **PROVISIONALLY DENIED**, as the Court cannot form a decision as to the veracity of the parties based on the briefs and affidavits submitted. Plaintiff may move to reinstate the motion for award of costs for personal service at the close of the case.

Date: January 9, 2006  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge