# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CLAUDIA VECCHIO, | ) |
| Plaintiff, | ) |
| v. | ) No.05-3194-CV-S-FJG |
| THOMAS W. SCHAEFER, | ) |
| Defendant. | ) |

## ORDER

Presently before the court are defendant's Objections to Proposed Redactions of Deposition Testimony (Doc. No. 66) and plaintiff's Motion to Strike (Doc. No. 69). Having reviewed all relevant materials, the court rules as follows:

### DEPOSITION TESTIMONY OF DR. CAROL BERNER.

1. Deposition at 41:12-15; 41:21-25; 42:1-3, 5-11, 14-25; 43:1-20; 45:8-25: The objections to the proposed redactions are OVERRULED, and the testimony will not be admitted.

2. Deposition at 44:4-25; 45:1-3; 46:1-10; 48:4-6, 10-25; 49-51:1-11: The objections to the proposed redactions are SUSTAINED, and the testimony will be admitted.

3. Deposition at 52:6-9, 12-14, 25; 54:15-19, 24-25; 55:1-2, 22-24; 56:1-20: The objections to the proposed redactions are OVERRULED, and the testimony will not be admitted.

4. Deposition at 72:18-25; 73:1-25; 75:2-10, 15-25; 76:1-3: The objections to the proposed redactions are SUSTAINED, and the testimony will be admitted.

5. Deposition at 78:6-7, 14-20, 23-25; 79:1-22; 80: 4-5, 9-18; 81:7-9, 13: The objections to the proposed redactions are OVERRULED, and the testimony will not be admitted.

## DEPOSITION TESTIMONY OF DR. VANEK

1. Deposition at 38:4-6, 13-21; 40:1-9, 18-24; 41:1-2: The objections to the proposed redactions are OVERRULED, and the testimony will not be admitted.

2. Regarding defendant's objections to proposed redaction of deposition testimony at 39:1-24, the objections are SUSTAINED in PART, and OVERRULED in PART. The testimony at 39:11-16, 24 will not be admitted.

## MOTION TO STRIKE

Plaintiff's Motion to Strike (Doc. No. 69) is DENIED. If plaintiff believes that strong argument exists regarding the doctors' testimony, plaintiff may move the court to allow additional argument and consider continuance of the scheduled trial date.

Date: 9/24/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge